IN RE PROPOSED SANITARY SEWER.

[No. 967-A-72. Filed February 28, 1968.]

*William D. Ruckelshaus,* and *Ruckelshaus, Bobbitt & O'Connor,* of Indianapolis, for appellants.

*John W. Tranberg,* of Indianapolis, for appellee.

PER CURIAM.—The court having examined the assignment of errors attached to the transcript in the above matter, finds that the same does not comply with Rule 2-6, Rules of the Supreme Court of Indiana, 1967 Revision, and said appeal is, therefore, dismissed.

Appeal dismissed.

Cook, P. J., not participating.

NOTE.—Reported in 234 N. E. 2d 276.

Reporter's Note.—See also 239 N. E. 2d 702 and 251 N. E. 2d 482.